**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY ALVAREZ RODRIGUEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DERRICK CHANDLER, an individual; DOES I-V, inclusive, <br><br> Defendants. | CASE NO. 2:24-cv-00230-JAD-NJK <br><br> **DISCOVERY PLAN AND SCHEDULING ORDER** |

    The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on February 16, 2024. The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

1. Discovery Cut-Off Date. The Defendants answered or otherwise appeared on February 1, 2024. The discovery cut-off date is **August 1, 2024**.
2. Amending the Pleadings and Adding Parties. The deadline to amend the pleadings and add parties is **May 1, 2024**.
3. Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is **May 31, 2024**. The deadline to disclose rebuttal experts is **July 1, 2024**.
4. Dispositive Motions. The deadline to file dispositive motions is **September 2, 2024**.
5. Pretrial Order. The deadline to file a pretrial order is **October 2, 2024**.
6. Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to them

must be included in the joint pretrial order.

7. Alternative Dispute Resolution. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

8. Alternative Forms of Case Disposition. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

9. Electronic Evidence. The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations. The parties see no unusual issues related to electronic evidence at this time.

**IT IS SO STIPULATED AND AGREED.**

Dated this 1st day of March, 2024.

**BREEDEN & ASSOCIATES, PLLC**

/s/ Adam J. Breeden

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiffs*

DATED this 1st day of March, 2024.

**LEWIS BRISBOIS BISGAARD & SMITH**

/s/ Matthew Freeman
**ROBERT W. FREEMAN, ESQ.**
Nevada Bar No. 3062
**E. MATTHEW FREEMAN, ESQ.**
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Phone: (702) 893-3383
Fax: (702) 893-3789
Robert.Freeman@lewisbrisbois.com
Matt.Freeman@lewisbrisbois.com
*Attorneys for Las Vegas Metro Police Dept.*

Initial disclosures must be served by March 11, 2024

**IT IS SO ORDERED**

_____
United States Magistrate Judge

DATED: March 4, 2024