1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar No. 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *Las Vegas Metropolitan Police Department*
   *and Derrick Chandler*
8

   **UNITED STATES DISTRICT COURT**
9
   **DISTRICT OF NEVADA**
10
                                              ***
11

12  DANNY ALVAREZ RODRIGUEZ, an          CASE NO. 2:24-cv-230-JAD-NJK
    individual,
13                                        **STIPULATION AND ORDER TO**
               Plaintiff,                 **EXTEND DISCOVERY DEADLINES AND**
                                          **CONTINUE TRIAL**
14        vs.
                                          **[FIRST REQUEST]**
15

16  LAS VEGAS METROPOLITAN POLICE
    DEPARTMENT, a political subdivision of the
17  State of Nevada; DERRICK CHANDLER, an
    individual; DOES I-V, inclusive,
18
               Defendants.
19

20        Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of

21  record, hereby stipulate and request that this Court extend discovery in the above-captioned case

22  by ninety (90) days, up to and including Wednesday, October 30, 2024.  In addition, the parties

23  request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order

24  be extended pursuant to Local Rule.  In support of this Stipulation and Request, the parties state as

25  follows:

26        1.    On December 28, 2023, Plaintiff filed his Complaint in the Eighth Judicial District

27              Court, Nevada.

28

139106683.1

2. On February 1, 2024, Defendants removed the case to the United States District Court, District of Nevada.

3. On March 4, 2024, the Court entered the Discovery Plan and Scheduling Order.

4. On March 4, 2024 Plaintiff filed his First Amended Complaint.

5. On March 4, 2024, Plaintiff served his Initial FRCP 26 Disclosures.

6. On March 11, 2024, Defendants served their Initial FRCP 26 Disclosures.

7. On March 11, 2024, Defendants served their first set of written discovery on Plaintiff.  Plaintiff served his responses on April 9, 2024.

8. On March 27, 2023, Plaintiff served written discovery on Defendants.  Defendants responses are due on April 26, 2024.

9. On April 4, 2024, Defendants served their First Supplement to Initial FRCP 26 Disclosures.

## DISCOVERY REMAINING

1. Defendants will finalize their responses to Plaintiff's initial sets of written discovery, and the parties will finalize any other remaining written discovery.

2. Defendants may depose Plaintiff.

3. Plaintiff may depose any named Defendant and/or Rule 30(b)(6) designee.

4. Defendants will collect any and all relevant medical and/or mental health records and/or billing related to the allegations contained in Plaintiff's First Amended Complaint.

5. Defendants may depose Plaintiff's medical and/or mental health providers once able to collect any and all relevant medical and/or mental health records and billing.

6. The parties may depose any and all other witnesses identified through discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the requested extension.  This Request for an extension of time is not sought for to delay the proceedings or for any improper purpose.

Counsel for Defendant is attending to family obligations involving medical issues over the

139106683.1                                        2

1   next few months that will continue to require him to be out of the jurisdiction for extended periods

2   of time.   The obligation is unavoidable.   For those reasons, the parties respectfully request an

3   extension of the discovery deadlines in this matter.

4         <u>Extension or Modification of The Discovery Plan and Scheduling Order</u>.  LR 26-3 governs

5   modifications or extension of the Discovery Plan and Scheduling Order.   Any stipulation or

6   motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than

7   twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR

8   26-3.

9         This is the first request for extension of time in this matter.   The parties respectfully submit

10  that the reasons set forth above constitute compelling reasons for the short extension.

11        The following is a list of the current discovery deadlines and the parties' proposed

12  extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Thursday, August 1, 2024* | *Wednesday, October 30, 2024* |
| Deadline to Amend Pleadings or Add Parties | *Wednesday, May 1, 2024* | *Tuesday, July 30, 2024* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *Friday, May 31, 2024* | *Thursday, August 29, 2024* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, July 1, 2024* | *Monday, September 30, 2024* |
| Dispositive Motions | *Monday, September 2, 2024* | *Monday, December 2, 2024* |
| Joint Pretrial Order | *Wednesday, October 2, 2024* | *Tuesday, December 31, 2024* <br><br> *If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions.* |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1      WHEREFORE, the parties respectfully request this Court extend the discovery period by

2  ninety (90) days from the current deadline of August 1, 2024 up to and including October 30,

3  2024, and extend the other dates as outlined in accordance with the table above.

4          IT IS SO STIPULATED.

5  DATED the 23rd day of April, 2024.          DATED the 23rd day of April, 2024.

6  **BREEDEN & ASSOCIATES, PLLC**          **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

7  *Adam J. Breeden*                        */s/ Robert W. Freeman*

8  ADAM J. BREEDEN                          Robert W. Freeman, Esq.,
   Nevada Bar No. 8768                      Nevada Bar No.: 3062

9  7432 W. Sahara Ave., Ste. 101            E. Matthew Freeman, Esq.,
   Las Vegas, Nevada 89117                  Nevada Bar No.: 14198

10 *Attorney for Plaintiff*                 6385 S. Rainbow Blvd., Ste. 600
                                            Las Vegas, Nevada 89118

11                                          *Attorneys for Defendants*

12                                          **ORDER**

13         IT IS SO ORDERED.

14         Dated:  April 23, 2024

15

16  _____
                                            United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28

139106683.1                                          4