# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANNY ALVAREZ RODRIGUEZ,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No. 2:24-cv-00230-JAD-NJK

**Order**

[Docket No. 31]

Pending before the Court is a stipulation for relief from case management deadlines. Docket No. 31. The parties scheduled a mediation for April 16, 2025. For good cause shown, the stipulation is **GRANTED** in that the Court will extend deadlines as follows:

- Amend pleadings/ add parties: closed
- Initial experts: closed
- Rebuttal experts: closed
- Discovery cutoff: June 27, 2025
- Dispositive motions: July 28, 2025
- Joint proposed pretrial order: August 26, 2025, or 30 days after resolution of dispositive motions

As this is the <u>fourth</u> request[1] to modify case management deadlines, the Court will not extend these deadlines further. In the event the mediation is unsuccessful, counsel must immediately ramp up their discovery efforts so that the deadlines set herein are met.

IT IS SO ORDERED.

Dated: February 26, 2025

Nancy J. Koppe
United States Magistrate Judge

---

[1] The stipulation states incorrectly that it is the second request.