ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*
*and Derrick Chandler*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DANNY ALVAREZ RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DERRICK CHANDLER, an individual; DOES I-V, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-230-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>[ECF No. 34] |

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN Plaintiff, DANNY ALVAREZ-RODRIGUEZ; and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, and DERRICK CHANDLER, by and through respective counsel of record, that all of Plaintiff's claims and causes of action against Defendant in the above-

…

…

…

…

…

155820751.1

entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 28th day of May, 2025.          DATED this 28th day of May, 2025.

LEWIS BRISBOIS BISGAARD & SMITH, LLP       BREEDEN & ASSOCIATES

/s/ Robert W. Freeman                       /s/ Adam J. Breeden

Robert W. Freeman, Esq.                     Adam J. Breeden, Esq.
Nevada Bar No. 3062                         Nevada Bar No. 8768
E. Matthew Freeman, Esq.                    7432 W. Sahara Ave., Ste. 101
Nevada Bar No. 14198                        Las Vegas, Nevada 89117
6385 S. Rainbow Blvd., Ste. 600             *Attorney for Plaintiff*
Las Vegas, Nevada 89118
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED that this case is dismissed with prejudice**, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
June 6, 2025

155820751.1                    2